# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS D. BAKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZURN WATER SOLUTIONS ) <br> CORPORATION, TODD A. ADAMS, ) <br> MARK S. BARTLETT, JACQUES ) <br> DONAVON BUTLER, THOMAS D. ) <br> CHRISTOPOUL, DAVID C. LONGREN, ) <br> GEORGE C. MOORE, ROSEMARY M. ) <br> SCHOOLER, JOHN S. STROUP, and ) <br> PEGGY N. TROY, ) <br> ) <br> Defendants. ) | Case No. 2:22-cv-01629 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 24, 2022

GRABAR LAW OFFICE

By: _____
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*